20 N.J. 534 (1956)
120 A.2d 661
FRANCIS T. DAHLE, ET AL., PLAINTIFFS-RESPONDENTS,
v.
FREDERICK GOODHEER, DEFENDANT-PETITIONER, PUBLIC SERVICE COORDINATED TRANSPORT, ET AL., DEFENDANTS-RESPONDENTS.
The Supreme Court of New Jersey.
February 13, 1956.
Messrs. McKeown & Harth for the petitioner.
Mr. Luke A. Kiernan, Jr., and Mr. Herman H. Wille, Jr., for the defendants-respondents.
Mr. Serge P. Pizzi and Mr. Robert P. Hanley for the plaintiffs-respondents.
Denied.